UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERECK GOLLUBIER,<br><br>            Plaintiff,<br><br>      v.<br><br>GILBERT YBARRA, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-01090-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 11] |

    Plaintiff Dereck Gollubier is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 7, 2014, the Court screened Plaintiff's complaint and found that he stated a cognizable excessive force and assault and battery claims against Defendants Gilbert Ybarra and K. Oliver.  The Court granted Plaintiff the option of filing an amended complaint or proceeding on the claim found to be cognizable.  On April 7, 2014, Plaintiff notified the Court of his intent to proceed only on the claims found to be cognizable.

    On April 14, 2014, the Court ordered Plaintiff to complete and submit a Notice of Submission of Documents, provide one completed Summons for each defendant, one USM-285 form for each defendant, and two copies of the complaint within thirty days of the date of service.  (ECF No. 11.)  The thirty day time frame has expired, and Plaintiff has failed to file these documents and without them the United States Marshal cannot serve the defendants in this action.

1     Accordingly, within fifteen (15) days from the date of service of this order Plaintiff is ordered
2 to show cause why the action should not be dismissed for failure to comply with a court order.

4 IT IS SO ORDERED.

5   Dated: **June 9, 2014**

6                             UNITED STATES MAGISTRATE JUDGE